# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY DIESEL, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARIANI PACKING COMPANY, INC.,<br><br>Defendant. | Civil Action No.: 4:22-cv-1368 |

### DEFENDANT MARIANI PACKING COMPANY, INC.'S
### NOTICE OF REMOVAL TO PLAINTIFF

TO:  Daniel F. Harvath
     75 W. Lockwood Ave. Ste 1
     Webster Groves, Missouri 63119
     dharvath@harvathlawgroup.com

     Sheehan & Associates, P.C.
     Spencer Sheehan
     60 Cuttermill Rd. Ste 412
     Great Neck, NY 11021
     spencer@spencersheehan.com

*Attorney for Plaintiff*

YOU ARE HEREBY NOTIFIED that the case of *Kimberly Diesel v. Mariani Packing Company, Inc.*, initiated by you on or about November 14, 2022, and assigned Case No. 2022-CC04849, has on this 22nd day of December, 2022 been removed to the United States District Court for the Eastern District of Missouri. Attached hereto are copies of the papers filed to effect such removal.

1

Respectfully Submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ James C. Morris*
James C. Morris, #53074
211 North Broadway, Suite 2150
St. Louis, Missouri 63102
Telephone: (314) 961-6686
Fax: (314) 338-3076
jmorris@grsm.com
*Attorneys for Defendant,*
*Mariani Packing Company, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court on December 22, 2022, thereby executing service upon all counsel of record by operation of the Court's electronic filing system.

                                /s/ *James C. Morris*