# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Kimberly Diesel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>Mariani Packing Company, Inc.,<br><br>Defendant | 4:22-cv-01368-AGF |

## MEMORANDUM IN RESPONSE TO COURT'S ORDER OF MAY 3, 2024

In Response to the Court's Order of May 3, 2024, requesting that Plaintiffs provide Proposed Forms of Notice and a Proposed Notice Schedule, Plaintiffs attach as Exhibits A and B, respectively, the Plaintiffs' Proposed Long Form Notice and Plaintiff's Proposed Short Form Notice.[1]  As to the Proposed Notice Schedule, Plaintiffs propose that the Notice Forms be disseminated as of June 10, 2024; and that a reporting of compliance with the Notice Program be due to the Court on or before September 10, 2024.  Defendant generally agrees with the Proposed Notice Schedule, but has certain objections to the Proposed Forms of Notice that it will detail in its own subsequent filing.  In the meantime, the parties will work to reach an agreement in respect thereto.

Dated:       May 10, 2024

                                                      Respectfully submitted,

                                                      /s/ Daniel F. Harvath
Harvath Law Group, LLC
75 W Lockwood Ave Ste 1
Webster Groves MO 63119
(314) 550-3717
dharvath@harvathlawgroup.com
*Counsel for the Class*

---

[1] Certain minor edits may have to be made to these Proposed Forms before finalization and conveyance.

**Certificate of Service**

I certify that on May 11, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☒ | ☐ | ☐ | ☐ |

/s/ Daniel Harvath