UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY DIESEL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:22-cv-01368-AGF |
| MARIANI PACKING COMPANY, INC., | ) |
| Defendants. | ) |

## ORDER

The matter is before the Court upon the Plaintiff's Motion and Memorandum of Law in Support of Notice Provider and Notice Plan (Doc. No. 40) and parties' Joint Proposed Order. (Doc. No. 41). Upon review of Plaintiff's Motion and Memorandum of Law in Support to Appoint Analytics Consulting LLC as Notice Provider and approve the Notice Program, with accompanying Declaration in Support and Exhibits; all papers on file in this action; and upon review of Defendant's Response with no objections, (Doc. No. 44), and for good cause shown,

**IT IS HEREBY ORDERED**, that the Plaintiff's Motion and Memorandum of Law in Support of Notice Provider and Notice Plan (Doc. No. 40) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file with the Court revised Supplemental Proposed Notices correcting any currently incomplete dates and contact and website information.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 16th day of May, 2024.