# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

Kimberly Diesel, individually and on behalf of all others similarly situated,

        Plaintiff,

- against -

Mariani Packing Company, Inc.,

        Defendant

4:22-cv-01368-AGF

## MEMORANDUM IN RESPONSE TO COURT'S ORDER OF MAY 16, 2024

In Response to the Court's Order of May 16, 2024, requesting that Plaintiffs provide revised Supplemental Proposed Notices correcting incomplete dates, contact or website information, Plaintiffs attach as Exhibits A and B, respectively, the Plaintiffs' Supplemental and Revised Long Form Notice and Plaintiff's Supplemental and Revised Short Form Notice. These recent versions contain each item of information required but absent from the previous drafts.

Dated:     June 6, 2024

        Respectfully submitted,

        /s/ Daniel F. Harvath
        Harvath Law Group, LLC
        75 W Lockwood Ave Ste 1
        Webster Groves MO 63119
        (314) 550-3717
        dharvath@harvathlawgroup.com
        *Counsel for the Class*

**Certificate of Service**

I certify that on June 6, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☒ | ☐ | ☐ | ☐ |

/s/ Daniel Harvath