# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Kimberly Diesel, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  - against -<br><br>Mariani Packing Company, Inc.,<br><br>     Defendant | 4:22-cv-01368-AGF |

## RESPONSE TO COURT'S ORDER OF MAY 16, 2024
## COMPLIANCE WITH NOTICE PROGRAM

  In Response to the Court's Order of May 16, 2024 (Doc. 45), granting Plaintiff's proposed Notice Plan, including that a "reporting of compliance with the Notice Program be due on or before September 10, 2024" (Doc. 43), Plaintiff hereby provides the attached Declaration of Richard W. Simmons, which provides a thorough reporting of the successful implementation of the Notice Program, as agreed upon by the parties and approved by this Court.


Dated:  September 10, 2024

                  Respectfully submitted,

                  /s/ Daniel F. Harvath
                  Harvath Law Group, LLC
                  75 W Lockwood Ave Ste 1
                  Webster Groves MO 63119
                  (314) 550-3717
                  dharvath@harvathlawgroup.com
                  *Counsel for the Class*

## Certificate of Service

I certify that on September 11, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☒ | ☐ | ☐ | ☐ |

/s/ Daniel Harvath