UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY DIESEL, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:22-cv-01368-AGF |
| MARIANI PACKING COMPANY, INC., | ) ) ) ) | |
| Defendant. | ) | |

## **JUDGMENT**

Pursuant to the Memorandum and Order filed herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is entered on behalf of Defendant and against Plaintiffs.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of September, 2024.