UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY DIESEL, individually, and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) MARIANI PACKING COMPANY, ) INC., ) ) Defendant. ) | Case No. 4:22-cv-01368-AGF |

## AMENDED JUDGMENT

On September 23, 2024, this Court granted Defendant's motion for summary judgment against plaintiffs. ECF No. 56. This case is a class action filed by Plaintiff on her behalf and on behalf of all similarly situated Plaintiffs. On April 18, 2024, the Court granted class certification under Rule 23(b)(3) of the Federal Rules of Civil Procedure. Notice was provided to the absent class members, and no members requested to be excluded from the class. ECF No. 55.

Accordingly,

**JUDGMENT** is hereby entered for Defendant Mariani Packing Company, Inc., and against Plaintiff individually and against the following class members:

> All persons who purchased the Vanilla Yogurt Raisins in seven-ounce packages sold by Mariani Packing Company, Inc. ("Defendant") in Missouri between November 14, 2017, through present, excluding the judge or magistrate assigned to this case; Defendant; any entity in which Defendant has a controlling interest; Defendant's officers, directors, legal representatives, successors, and assigns; and person who purchased the Product for the purpose of resale.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of September, 2024.